■■ HARRY J. BAUMGART, SR., Respondent, v ALVALEAH R. BAUMGART, Appellant. [605 NYS2d 610] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Defendant appeals, as limited by her brief, from so much of the final judgment of divorce as awarded her maintenance in the amount of $140 per week for a period of five years or until she remarries, does not attend school for a continuous year, or becomes employed for 30 hours or more per week.

Supreme Court failed to set forth the factors it considered and the reasons for its decision *(see,* Domestic Relations Law § 236 [B] [6] [a], [b]; *Glasberg v Glasberg,* 104 AD2d 788, 789-790). Our Court may overlook that technical deficiency, however, because the record provides an adequate evidentiary basis for appellate review of the court's decision *(see, Hoyt v Hoyt,* 166 AD2d 800, 801; *Anglin v Anglin,* 148 AD2d 833, 834).

Although questions of maintenance are addressed to the sound discretion of the trial court in the first instance (Domestic Relations Law § 236 [B] [6]; *Shew v Shew,* 193 AD2d 1142; *Torgersen v Torgersen,* 188 AD2d 1023, 1024, *lv denied* 81 NY2d 709), the authority of this Court is as broad as that of

the trial court *(Majauskas v Majauskas,* 61 NY2d 481, 493-494). In view of the fact that this has been a long-term marriage of 32 years and because defendant has some physical problems that limit her employability, we conclude that maintenance should be extended to defendant's sixty-second birthday at the rate fixed by the court. Modification of that amount can be addressed in the future if circumstances change *(see, Lesman v Lesman,* 88 AD2d 153, 161). Those provisions of the judgment relating to termination of maintenance upon the happening of a particular future event are unauthorized and must be deleted *(see, Majauskas v Majauskas, supra,* at 494-495). (Appeal from Judgment of Supreme Court, Wyoming County, Doyle, Jr., J.—Divorce.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.